Attorney General, for appellees.

No. 418. WEST VIRGINIA MOTOR TRUCK ASSOCIATION, INC. ET AL. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA ET AL. Appeal from the United States District Court for the Southern District of West Virginia. *Per Curiam:* The judgment is affirmed. MR. JUSTICE REED took no part in the consideration or decision of this case. *Francis W. McInerny* and *David G. Macdonald* for appellants. *John G. Fox,* Attorney General of West Virginia, and *Amos A. Bolen* for appellees.

No. 16. SILESIAN HOLDING CO. ET AL. *v.* UNION BANK OF SWITZERLAND ET AL.; and

No. 17. BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* UNION BANK OF SWITZERLAND ET AL. On petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit. The motion to defer consideration of the petitions for writs of certiorari until March 1, 1955, is granted. *Horace G. Hitchcock* for the Silesian Holding Company, *William Gilligan* for the Silesian-American Corporation, and *Charles E. Scribner* for the Bondholders Protective Committee, petitioners in No. 16. *Ralph D. Ray* was also of counsel. *Robert L. Stern,* then Acting Solicitor General, and *William H. Timbers* for petitioner in No. 17. *Lawrence J. McKay* and *Dudley B. Tenney* for respondents. Reported below: 204 F. 2d 603.